UNITED STATES DISTRICT COURT
For the
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:13 CV 13235 WGY

Domingo Colaj,
    *Plaintiff and Defendant in Counterclaim*

vs.

Sea Watch International, Ltd.
    *Defendant, Plaintiff in Counterclaim,*
    *and Thirty Party Plaintiff*

vs.

Workforce Unlimited, Inc.
    *Third Party Defendant*

## ANSWER OF THIRD PARTY DEFENDANT, WORKFORCE UNLIMITED, INC., TO THIRD PARTY COMPLAINT OF SEA WATCH INTERNATIONAL, LTD.
### COUNT I
*Indemnification*
(Sea Watch v. Work Force)

1. Admit.

2. Third Party Defendant, Workforce Unlimited, Inc. (hereafter Workforce) lacks knowledge as regards the place in which Third Party Plaintiff, Sea Watch International, Ltd. (hereafter Sea Watch) is either organized, incorporated, or has its principal business and therefore, leaves Sea Watch to its proof. Workforce admits the remaining information contained in Paragraph 2.

3. Admit.

4. This allegation states a legal conclusion to which no affirmative response is required. To the extent a response may be required, Workforce leaves Sea Watch to it's proof.

5. Denied.

WHEREFORE, Third Party Defendant, Workforce Unlimited, Inc. requests that Third Party Plaintiff, Sea Watch International, Ltd's complaint be denied and dismissed and that Third Party Defendant, Workforce Unlimited, Inc be awarded its reasonable attorney fees, costs and such other relief as this Honorable Court deems just.

### COUNT TWO
### Breach of Contract for Indemnification
### (Sea Watch v. Work Force)

6. Workforce restates its responses to Paragraphs 1 – 5 of the Complaint as if fully set forth herein.

7. Admit.

8. Admit.

9. Workforce neither admits nor denies the information contained in Paragraph 9 and therefore, leaves Sea Watch to its proof.

10. Workforce neither admits nor denies the information contained in Paragraph 10 and therefore, leaves Sea Watch to its proof.

11. Admit.

12. Workforce neither admits nor denies the information contained in Paragraph 12 and therefore, leaves Sea Watch to its proof.

13. Denied.

14. Denied.

WHEREFORE, Third Party Defendant, Workforce Unlimited, Inc. requests that Third Party Plaintiff, Sea Watch International, Ltd's complaint be denied and dismissed and that Third Party Defendant, Workforce Unlimited, Inc. be awarded its reasonable attorney fees, costs and such other relief as this Honorable Court deems just.

### COUNT THREE
### Implied Right of Contractual Indemnification
### (Sea Watch v. Workforce)

15. Workforce restates its responses to Paragraphs 1 – 14 of the Complaint as if fully set forth herein.

16. Workforce neither admits nor denies the information contained in Paragraph 16 and therefore, leaves Sea Watch to its proof.

17. Workforce neither admits nor denies the information contained in Paragraph 17 and therefore, leaves Sea Watch to its proof.

18. Workforce neither admits nor denies the information contained in Paragraph 18 and therefore, leaves Sea Watch to its proof.

19. Workforce neither admits nor denies the information contained in Paragraph 19 and therefore, leaves Sea Watch to its proof.

20. Denied.

21. Denied.

WHEREFORE, Third Party Defendant, Workforce Unlimited, Inc. requests that Third Party Plaintiff, Sea Watch International, Ltd's complaint be denied and dismissed and that Third Party Defendant, Workforce, Unlimited, Inc be awarded appropriate attorney fees and other costs.

Third Party Defendant
By it's Attorney:

Heath S. Comley, Esq.
BBO 632545
One Ship Street
Providence, Rhode Island 02903
Tel: (401) 331-5505
Fax: (401) 331-6110
Email: comleylaw@yahoo.com

**FIRST AFFIRMATIVE DEFENSE**

Third Party Complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Third party defendant reserves the right to add additional defenses should they become known during the discovery process.

Third Party Defendant
By it's Attorney:

Heath S. Comley, Esq.
BBO 632545
One Ship Street
Providence, Rhode Island 02903
Tel: (401) 331-5505
Fax: (401) 331-6110
Email: comleylaw@yahoo.com

CERTIFICATION

I, the undersigned, do hereby certify that I emailed a copy of the Third Party Defendant's Answer to Third Party Plaintiff's Complaint by first class mail, postage prepaid, on the 9th day of May, 2014, to:

Mary E. Kelleher, Esquire
Whiteside, Koldys & Kelleher, P.C.,
449A Faunce Corner Road
Dartmouth, Massachusetts 02747

Amato A. DeLuca, Esq.
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903