# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: 13-cv-13235-WGY

**COLAJ**
**Plaintiff**

v.

**SEA WATCH INTERNATIONAL, LTD. et al**
**Defendant**

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

The Court having been advised on June 19, 2015 that the above-entitled action has been settled:

IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

  /s/ Jennifer Gaudet
**Deputy Clerk**

June 22, 2015

To: All Counsel