UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Domingo Colaj,<br>    Plaintiff,<br>vs.<br><br>Sea Watch International, Ltd.,<br>    Defendant, Plaintiff in Counterclaim<br>    and Third Party Plaintiff,<br>vs.<br><br>Workforce Unlimited, Inc.<br>    Third Party Defendant. | CIVIL ACTION NO. 1:13-cv-13235-WGY |

**STIPULATION OF DISMISSAL OF THIRD PARTY COMPLAINT**

Third Party Plaintiff Sea Watch International, Ltd. and Third Party Defendant Workforce Unlimited, Inc., by their attorneys, pursuant to F.R.Civ.P., Rule 41(a)(1)(A)(ii), hereby agree and stipulate that the Third Party Complaint and all claims therein be dismissed with prejudice and without costs.

For Third Party Plaintiff,
Sea Watch International, Ltd.,

_____//s//_____
Francis M. Lynch (BBO # 308750)
CETRULO LLP
Two Seaport Lane, 10th Floor
(617) 217-5500 (Phone)
(617) 217-5200 (Fax)
flynch@cetllp.com

1

For Third Party Defendant,
Workforce International, Inc.,

_____//s//_____
Heath S. Comley
One Ship Street
Providence, RI 02903
(401) 331-5505 (Phone)
(401) 331-6110 (Fax)
comleylaw@yahoo.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 10th day of July, 2015, this document was served on all parties via the Court ECF system.

_____//s//_____
Francis M. Lynch